# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BLUE CALYPSO, INC.,<br><br>v.<br><br>MYLIKES LABS, INC. | Civil Action No. 6:12-cv-486<br>CONSOLIDATED LEAD CASE<br>(Civil Action No. 6:12-cv-838- MHS) |
| BLUE CALYPSO, INC.,<br><br>v.<br><br>MYLIKES LABS, INC. | Civil Action No. 6:12-cv-838- MHS<br><br>**JURY TRIAL DEMANDED** |
| BLUE CALYPSO, INC.,<br><br>v.<br><br>MYLIKES LABS, INC. | Civil Action No. 6:12-cv-376<br><br>**JURY TRIAL DEMANDED** |
| BLUE CALYPSO, INC.,<br><br>v.<br><br>MYLIKES LABS, INC. | Civil Action No. 6:12-cv-428<br><br>**JURY TRIAL DEMANDED** |
| BLUE CALYPSO, INC.,<br><br>v.<br><br>MYLIKES LABS, INC. | Civil Action No. 6:12-cv-457<br><br>**JURY TRIAL DEMANDED** |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff, Blue Calypso, Inc., and defendant MyLikes Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  July 29, 2013

Respectfully submitted,

FISH & RICHARDSON P.C.

By:  */s/ Carl E. Bruce*
　　　Thomas M. Melsheimer
　　　Texas Bar No. 13922550
　　　txm@fr.com
　　　Carl E. Bruce
　　　Texas Bar No. 24036278
　　　ceb@fr.com
　　　David B. Conrad
　　　Texas Bar No. 24049042
　　　dbc@fr.com
　　　Adam J. Hawkins
　　　Texas Bar No. 24079743
　　　auh@fr.com
　　　1717 Main Street, Suite 5000
　　　Dallas, Texas 75201
　　　Telephone  (214) 747-5071
　　　Facsimile (214) 747-2091

**COUNSEL FOR BLUE CALYPSO, INC.**

*/s/ Jack Wesley Hill*
Jack Wesley Hill
Texas Bar No. 24032294
wh@wsfirm.com
WARD & SMITH LAW FIRM
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323

**LOCAL COUNSEL FOR**
**BLUE CALYPSO, INC.**

By: /s/ *Steven Flanders w/ permission*
Karen I. Boyd
Cal. Bar No. 189808
boyd@tunerboyd.com
Steven Flanders
Cal. Bar No. 20656
flanders@turnerboyd.com
TURNER BOYD LLP
2570 W. Camino Real, Suite 380
Mountain View, CA 94040
Telephone (650) 521-5930
Facsimile (650) 521-5931

**COUNSEL FOR MYLIKES, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Carl E. Bruce*
CARL E. BRUCE