# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE CALYPSO, INC.,**<br><br>v.<br><br>**MYLIKES LABS, INC.** | Civil Action No. 6:12-cv-486<br>CONSOLIDATED LEAD CASE<br>(Civil Action No. 6:12-cv-838- MHS) |
| **BLUE CALYPSO, INC.,**<br><br>v.<br><br>**MYLIKES LABS, INC.** | Civil Action No. 6:12-cv-838- MHS<br><br>**JURY TRIAL DEMANDED** |
| **BLUE CALYPSO, INC.,**<br><br>v.<br><br>**MYLIKES LABS, INC.** | Civil Action No. 6:12-cv-376<br><br>**JURY TRIAL DEMANDED** |
| **BLUE CALYPSO, INC.,**<br><br>v.<br><br>**MYLIKES LABS, INC.** | Civil Action No. 6:12-cv-428<br><br>**JURY TRIAL DEMANDED** |
| **BLUE CALYPSO, INC.,**<br><br>v.<br><br>**MYLIKES LABS, INC.** | Civil Action No. 6:12-cv-457<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

**CAME THIS DAY** for consideration of the Stipulated Motion for Dismissal with

Prejudice of all claims and counterclaims asserted in this case between plaintiff, Blue Calypso,

Inc., and defendant MyLikes Inc., and the Court being of the opinion that said motion should be GRANTED, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that all claims and counterclaims asserted in this suit between plaintiff Blue Calypso Inc., on the one hand, and defendant MyLikes Inc., on the other hand, are hereby dismissed **WITH PREJUDICE**.

It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

**It is SO ORDERED.**

**SIGNED this 30th day of July, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE